# CLERK'S COURTROOM MINUTE SHEET – CRIMINAL

## SENTENCING

**UNITED STATES OF AMERICA,**

      Plaintiff,

v.      Case No. 25-20018-01-DDC

**TRACEY L. KARAS (01),**

      Defendant.

**Attorney for Government: Chris Oakley**
**Attorney for Defendant: John P. O'Connor**

| JUDGE: | Daniel D. Crabtree | DATE: | 9/30/2025 |
|---|---|---|---|
| CLERK: | Megan Garrett | TAPE/REPORTER: | Kim Greiner |
| INTERPRETER: |  | PRETRIAL/PROBATION: | Paula Heschmeyer |

☒ For Details of Sentence See Judgment and Commitment Order

☒ Restitution Ordered under 18:3663     $ 922,880.99    on count 1 of Information
                                                                                          $ 440,094.00    on count 2 of Information

☒ **Total Restitution:**        $ **1,362,974.99**

☐ Defendant Fined        $ _____ on count(s)
                             $ _____ on count(s)

☐ **Total Fine:**        $ _____

☒ Defendant Assessed under 18:3013     $ 100.00    on count 1 of Information
                                                                      $ 100.00    on count 2 of Information
                                                                      $ _____ on count(s)

☒ **Total Assessment:**        $ **200.00**

☐ Count(s) of the Indictment to be dismissed by the court on the motion of the United States without objection.
☒ Government ☒ Defendant - Advised of right to appeal
☒ Defendant to voluntarily surrender.
☐ Defendant remanded to custody.
☐ Stay of Execution ☐ Granted ☐ Denied
☒ Notes: Defendant appears in person with counsel. Defendant's Objection No. 1 to the Presentence Investigation Report – WITHDRAWN as set forth in full on the record. Defendant's Objection No. 2 to the Presentence Investigation Report – OVERRULED as set forth in full on the record. The defendant is sentenced to the custody of the Bureau of Prisons for a term of 41 months on each of Counts 1 and 2 to be served concurrently to be followed by 3 years of supervised release on each of Counts 1 and 2 to be served concurrently. The court recommends designation to FPC Bryan on the defendant's request.